# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHELDON G. ADELSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:06-cv-01590-ECR-PAL |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MOSHE HANANEL, ) | (Mtn for Reconsideration - Dkt. #209) |
| ) | |
| Defendant. ) | |

This matter is before the court on the Defendant Moshe Hananel's ("Defendant") Motion for Reconsideration of Order Conditionally Granting Plaintiff's Motion to Extend the Deadline to Complete a Deposition (Dkt. #209) filed on April 14, 2009 and Plaintiff Sheldon Adelson's Response (Dkt. #212).

Having reviewed and considered the matter,

**IT IS ORDERED** that the Motion for Reconsideration (Dkt. #209) is **DENIED.**

Dated this 24th day of April, 2009.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE